DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COSTA INVESTORS, LLC,**
Appellant,

v.

**COSTA HOLLYWOOD PROPERTY OWNER, LLC, et al.**
Appellee.

No. 4D18-3428

[July 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 18-011130.

Victor K. Rones of Law Offices of Victor K. Rones, P.A., North Miami Beach, for appellant.

Hilda Piloto and Steven M. Appelbaum of Saul Ewing Arnstein & Lehr LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST, JJ. and CROOM, JANET, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***